# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RONALD JOHNSON and JANET BARNES, Individually and on behalf of others similarly situated | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0050-S |
| VEHI-SHIP, LLC, FAYE PHILLIPS, and FREDERICK LONDON | § § § | |

## ORDER

This Order addresses the parties' Agreed Motion to Dismiss Case with Prejudice [ECF No. 44]. The Court grants the Motion. It is ordered that all causes of action alleged by, between, and among Plaintiffs Ronald Johnson and Janet Barnes, individually and on behalf of all others similarly situated, and Defendant Vehi-Ship are hereby dismissed with prejudice. The parties shall bear their own costs. All relief not expressly granted is denied.

**SO ORDERED.**

SIGNED September 30, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**